UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE CLINKSCALES,

        Plaintiff,

v.

        Case No.: 19-cv-11039
        Honorable Gershwin A. Drain

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#16], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#10], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#13] AND DISMISSING ACTION**

      This matter is before the court on the parties' Cross-Motions for Summary Judgment as to Plaintiff Denise Clinkscales' claim for judicial review of Defendant Commissioner of Social Security's denial of her application for supplemental security income under the Social Security Act. The matter was referred to Magistrate Judge Elizabeth A. Stafford, who issued a Report and Recommendation on April 21, 2020, recommending that the Court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment.

Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Stafford's April 21, 2020 Report and Recommendation [#16] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment [#10] is DENIED. Defendant's Motion for Summary Judgment [#13] is GRANTED.

This cause of action is dismissed.

SO ORDERED.

Dated: May 28, 2020 　　　　　　　　　　　　　　/s/Gershwin A. Drain
　　　　　　　　　　　　　　　　　　　　　　　　GERSHWIN A. DRAIN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 28, 2020, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager